

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2021

No. 04-20-00449-CR

Parker Ray **MORGAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7647
Honorable Ron Rangel, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of jurisdiction.

It is so **ORDERED** on February 10, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2021.

_____
Michael A. Cruz, Clerk of Court